# United States District Court
# For The Western District of North Carolina
# Asheville Division

THOMAS T. DILLARD, JR.,

       Petitioner,    JUDGMENT IN A CIVIL CASE

vs.    1:05cv93-MU-02

ANTHONY HATHAWAY, Supt.,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2005 Order.

FRANK G. JOHNS, CLERK

May 2, 2005

BY: _____
       Elizabeth Barton, Deputy Clerk